CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 15 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT W. DOUGHERTY,<br> Petitioner, | ) ) ) | Civil Action No. 7:14-cv-00058 |
| v. | ) ) | **ORDER** |
| SAMUEL V. PRUETT,<br> Respondent. | ) ) ) | By: Hon. Jackson L. Kiser<br>   Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition is **DISMISSED without prejudice** as moot; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel for Respondent.

ENTER: This 15th day of July, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge